IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES PRYOR                                                                            PLAINTIFF

v.                             No. 3:23-cv-168-DPM

LOWES HOME IMPROVEMENT STORE
NO. 0414;  JOHN DOE, An Arkansas Resident
Personally and as an employee of Lowe's
Home Improvement Store No. 0414;
LOWES HOME CENTERS, INC.;  and
LOWE'S HOME CENTERS, LLC                                                   DEFENDANTS

ORDER

Motion to withdraw as counsel, *Doc. 18*, granted with a caveat. M. Shawn Cardwell and Alexander Shunnarah Trial Attorneys are relieved as counsel of record for Pryor but must do three things. First, counsel must provide a copy of this Order to Pryor. Second, counsel must provide the Court with Pryor's phone number. Third, counsel or the law firm must file a status report by 8 January 2025 that confirms the first step, includes the phone number, and clarifies whether Lowes Home Improvement Store No. 0414 was served. The Court directs the Clerk of Court to add Pryor's address from *Doc. 18* to the docket. If new counsel doesn't appear for Pryor by 31 January 2025, Pryor will proceed *pro se*.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*17 December 2024*