IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES PRYOR                                                           PLAINTIFF

v.                       No. 3:23-cv-168-DPM

LOWE'S HOME IMPROVEMENT STORE
No. 0414;  JOHN DOE, an Arkansas Resident
Personally and as an Employee of Lowe's
Home Improvement Store No. 0414;
LOWE'S HOME CENTERS, INC.;  and
LOWE'S HOME CENTERS, LLC                                              DEFENDANTS

## JUDGMENT

Pryor's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2025